## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FORTA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 08-1390 |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES GYPSUM CO. and USG STRUCTURAL TECHNOLOGIES, LLC, | ) ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by their counsel, stipulate to the dismissal of this case with prejudice. Each party to bear its own costs and attorney fees.

### ORDER OF COURT

AND NOW, this __ day of _____, 2009, IT IS SO ORDERED.

BY THE COURT:

_____
United States Magistrate Judge

| | |
|---|---|
| /s/  *Wendy West Feinstein* | /s/  *Stephen J. Del Sole* |
| Timothy P. Ryan (Pa. I.D. No. 42154) | Stephen J. Del Sole (Pa. I.D. No. 73460) |
| Wendy West Feinstein (Pa. I.D. No. 86698) | DEL SOLE CAVANAUGH STROYD LLC |
| ECKERT SEAMANS CHERIN & MELLOTT, LLC | 200 First Avenue, Suite 300 |
| U.S. Steel Tower, 44th Floor | Pittsburgh, PA 15222 |
| 600 Grant Street | (412) 261-2393 (telephone) |
| Pittsburgh, PA  15219 | (412) 261-2110 (facsimile) |
| (412) 566-6000 (telephone) | sdelsole@delsolecavanaugh.com |
| (412) 566-6099 (facsimile) | |
| tryan@eckertseamans.com | *Attorney for Defendants* |
| wfeinstein@eckertseamans.com | |
| | Dated:  May 15, 2009 |
| *Attorneys for Plaintiff* | |
| | |
| Dated:  May 15, 2009 | |

{J1289964.1}